# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| NATALIE A. MATHER,<br><br>Plaintiff,<br><br>v.<br><br>MAYO CLINIC, INC., an emergency department, and RAVEN CAIN, sued jointly and in their official capacities,<br><br>Defendants. | Case No. 24-CV-4521 (NEB/DLM)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION |

The Court has received the November 6, 2025 Report and Recommendation of United States Magistrate Judge Douglas L. Micko. (ECF No. 8.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 8) is ACCEPTED; and

2. The action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 15, 2025

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge